**Electronically Filed**
**Supreme Court**
**SCAD-12-0000694**
**05-OCT-2012**
**08:51 AM**

NO. SCAD-12-0000694

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF THE DISCIPLINARY COUNSEL, Petitioner,

vs.

ALLISON L. JACOBS, Respondent.

---

ORIGINAL PROCEEDING
(ODC 12-029-9045)

ORDER IMPOSING INTERIM SUSPENSION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of the petition from the Office of Disciplinary Counsel (ODC) for issuance of a reciprocal discipline notice to Respondent Allison Jacobs, the memorandum, affidavit, and exhibits appended thereto, ODC's September 28, 2012 submission regarding service upon Jacobs, and the record, it appears that, on November 14, 2011, the Connecticut Superior Court of the Judicial District of New Haven suspended Respondent Jacobs from the practice of law until further review, pursuant to Section 2-42 of the Connecticut Practice Book, in light of Respondent Jacob's failure to timely respond to disciplinary proceedings and for admitted misappropriations of client funds,

in violation of Rules 1.15, 8.1(2), 8.4(3) and 8.4(4) of the Connecticut Rules of Professional Conduct. It further appears from the record that service upon Respondent Jacobs of this court's notice and order, entered pursuant to Rule 2.15 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and accompanying certified copy of the Connecticut order, was complete upon mailing on August 15, 2012, pursuant to RSCH Rules 2.11(a) and 17(d)(1). It also appears that Jacobs has not responded to the notice and order by the 30-day deadline of September 14, 2012, imposed by RSCH Rule 2.15(b). Therefore, reciprocal discipline, pursuant to RSCH Rule 2.15(c) and (d), being authorized and justified,

IT IS HEREBY ORDERED that Respondent Allison Jacobs is placed on interim suspension, effective with the filing of this order, until further order of this court, pursuant to RSCH Rules 2.15(c), 2.15(d) and 2.23.

DATED: Honolulu, Hawai'i, October 5, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



2